UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 14-10168-FDS |
| V. ) | |
| ) | |
| FERNANDO LNU ) | |
| a/k/a CESAR GONZALEZ, et al. ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:    */s/: Theodore B. Heinrich*
        THEODORE B. HEINRICH
        Assistant U.S. Attorney
        United States Attorney's Office
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3245

Dated: December 29, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2014.

    /s/: *Theodore B. Heinrich*
THEODORE B. HEINRICH
Assistant U.S. Attorney

Dated: December 29, 2014