UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:14-10168-FDS |
| | ) | |
| | ) | |
| CESAR GONZALEZ ET AL | ) | |

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States, with the assent of the defendant in the above-referenced action, respectfully moves to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from January 7, 2015, the date of the status conference, through and including March 9, 2015, the date of the final status conference. The continuance is necessary to permit counsel for the defendants to finalize plea agreements with the government.    Exclusion of time is authorized by Local Rule 112.2(A)(2), serves the interests of justice, and is appropriate under 18 U.S.C. §3161(h)(7)(A).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Theodore B. Heinrich*
Theodore B. Heinrich
Assistant U.S. Attorney

Dated:   January 8, 2015

Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Theodore B. Heinrich*
                                              Theodore B. Heinrich
                                              Assistant U.S. Attorney

Dated:   January 8, 2015