# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CRIMINAL NOS. 14-CR-10168-FDS

**UNITED STATES OF AMERICA**

v.

**FERNANDO LNU, OSVALDO ORTIZ-VENTARA, KEVIN SANDERSON**

## FINAL STATUS REPORT

March 9, 2015

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendants with conspiracy possess with intent to distribute heroin, distribution of heroin, distribution of cocaine, and distribution of fentanyl, was returned on October 23, 2014;

2. The defendants were arraigned on the Superseding Indictment on October 30, 2014;

3. The defendants are in custody;

4. At the arraignment, the government anticipated a trial lasting one week and estimated calling ten to fifteen witnesses;

5. Defense counsel state that the case will likely be resolved by way of a plea;

6. The parties agree to exclude the time from this day until the first hearing before the district judge;

/s/ Marianne B. Bowler, USMJ
United States Magistrate Judge