UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | 1:14-CR-10168-FDS |
| | : | |
| FERNANDO LNU, AKA CESAR GONZALEZ ET AL | : | |
| | : | |

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States, with the assent of the defendants in the above-referenced action, respectfully moves to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from March 9, 2015, the date of the final status conference, through and including at least until April 6, 2015, the date established to file pre-trial motions, or till the pre-trial conference before the District Court Judge, whichever is later. The continuance is necessary to permit counsel for the defendants to review discovery, prepare motions, engage in plea negotiations, and/or prepare for trial. The continuance therefore serves the interests of justice and outweighs the best interest of the public and the defendants in a speedy trial. Accordingly, exclusion of the time is appropriate under 18 U.S.C. §3161(h)(7)(A).

                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    United States Attorney

By:   */s/ Theodore B. Heinrich*
       Theodore B. Heinrich
       Assistant U.S. Attorney

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                    */s/ Theodore B. Heinrich*
                    Theodore B. Heinrich
                    Assistant U.S. Attorney

Dated: March 11, 2015