UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) ) ) | |
| v. | ) ) | **Criminal No.** **14-10168-FDS** |
| **FERNANDO LNU;** **OSVALDO ORTIZ-VENTURA;** **KEVIN SANDERSON,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On April 14, 2015, the parties appeared before the Court for a status conference. The parties requested a continuance to continue plea negotiations. The parties assented to the exclusion of time from April 14, 2015, through June 5, 2015.

In order to permit plea negotiations and allow for a possible plea agreement, the Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. §§ 3161(h)(1)(D). Therefore, the period of time from April 14, 2015, through June 5, 2015, shall be excludable under the Speedy Trial Act.

**So Ordered.**

                                                           /s/ F. Dennis Saylor
                                                         F. Dennis Saylor IV
                                                         United States District Judge

Dated: April 14, 2015

Case 1:14-cr-10168-FDS   Document 62   Filed 04/14/15   Page 2 of 2