UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                              DOCKET NO. 14-CR-10168-FDS

KEVIN SANDERSON

ASSENTED TO MOTION TO CONTINUE

    NOW COMES accused, Kevin Sanderson, by and through counsel, Paul J. Garrity, and hereby moves this Court to continue his June 5, 2015, Rule 11 Hearing for 45 days.

    In support of this motion, the defendant states as follows:

1. The accused is scheduled for a Rule 11 Hearing on June 5, 2015, at 10:00 a.m.;
2. The accused has recently received a plea agreement from the Government. However, clarification of a number of issues, including the accused's criminal history, is required prior to the accused being in a position to determine what, if any, benefits accrue to him from the proposed plea agreement.
3. In addition, the undersigned counsel and the accused require additional time to confer regarding the case in general and the proposed plea agreement.
4. That Assistant U.S. Attorney Ted Heinrich does not object to the Motion to Continue

WHEREFORE, the accused respectfully requests that his motion be granted and that his June 5, 2015 Rule 11 Hearing be continued for 45 days.

    Respectfully submitted
    Kevin Sanderson,
    By his Attorney,

Date:   June 2, 2015            /s/Paul J. Garrity_____
    Paul J. Garrity
    Bar No. 555976
    14 Londonderry Road
    Londonderry, NH 03053
    603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2nd day of June, 2015, a copy of the within Motion to Continue was efiled to all parties on record and was mailed, postage prepaid, to Kevin Sanderson.

/s/Paul J. Garrity_____
Paul J. Garrity