# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
**UNITED STATES of AMERICA**                )
                                                                    )
**v.**                                                               )          **Criminal No.**
                                                                    )          **14-10168-FDS**
**FERNANDO LNU;**                               )
**OSVALDO ORTIZ-VENTURA;**            )
**KEVIN SANDERSON,**                        )
                                                                    )
        **Defendants.**                             )
_____)

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

A Rule 11 hearing was scheduled in this matter for June 5, 2015.  On June 2, 2015,

defendant Kevin Sanderson filed an assented to motion to continue his Rule 11 hearing for forty-

five days in order to clarify a number of issues pertinent to the recently proposed plea agreement.

The Court has granted the defendant's motion, and the Rule 11 hearing has been reset for July

10, 2015.

Because the Court finds that "the ends of justice served by the granting of [the]

continuance outweigh the best interests of the public and the defendant in a speedy trial," 18

U.S.C. § 3161(h)(7)(A), the period of time from June 5, 2015, through July 10, 2015, shall be

excludable under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(D).

**So Ordered.**

 /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: June 4, 2015