UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                            DOCKET NO. 14-CR-10168-FDS

KEVIN SANDERSON

## ASSENTED TO MOTION TO CONTINUE

    NOW COMES the defendant, Kevin Sanderson, by and through counsel, and hereby moves this Court to continue his December 21, 2015 Sentencing Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for Sentencing Hearing on December 21, 2015, at 9:00 a.m.;

2. The Defendant's Attorney is scheduled for Jury Selection on December 14, 2015 in the case of State v. James Cleaveland in the Cheshire County Superior Court. The Cheshire County Superior Court Clerk's Office contacted the undersigned counsel's office on December 4, 2015 and informed the undersigned counsel's office that the Trial on the James Cleaveland matter would commence on December 21, 2015 at 9:00 a.m. Mr. Cleaveland's Trial is expect to last two (2) days.

3. As a result the undersigned counsel will be unavailable for the scheduled December 21, 2015 Sentencing Hearing.

4. Assistant United States Attorney Leah Foley has been contacted and assents to this Motion to Continue. AUSA Foley is on vacation from December 22, 2015 to January 3, 2016.

5. The undersigned counsel is scheduled for Jury Selection on January 4, 2016 in Rockingham County Superior Court in State v. Scott Tokenal and on January 11, 2016 in Hillsborough County Superior Court North in State v. Jose Rosario. In addition the undersigned counsel is scheduled for an all-day Suppression Hearing on January 22, 2016 in State v. Katlyn Marin in Hillsborough Superior Court South. The undersigned counsel is also scheduled to be on vacation from January 25, 2016 through January 28, 2016.

WHEREFORE, the defendant, Kevin Sanderson, respectfully requests that this Court continue the December 21, 2015 Sentencing Hearing to a later date.

|  |  |
|---|---|
|  | Respectfully submitted<br>Kevin Sanderson,<br>By his Attorney, |
| Date:   December 8, 2015 | /s/Paul J. Garrity_____<br>Paul J. Garrity<br>Bar No. 555976<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106 |

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 8th day of December, 2015, a copy of the within Motion to Continue was e-filed to all parties on record and was mailed, postage prepaid, to Kevin Sanderson.

/s/Paul J. Garrity_____
Paul J. Garrity