UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.  14-10168-FDS |
| | ) | |
| KEVIN SANDERSON | ) | |

## ASSENTED TO MOTION TO SEAL SENTENCING MEMORANDUM

NOW COMES the defendant, Kevin Sanderson, by and through counsel, Paul J, Garrity, and respectfully request that this Court authorize the Defendant's Sentencing Memorandum be filed under Seal.

In support of this Motion, the defendant states as follows:

1. The defendant is requesting that this Court authorize the Defendant to file his Sentencing Memorandum under Seal as there is sensitive information outlined within the Sentencing Memorandum.
2. The Government has no objection to this motion.

WHEREFORE, the defendant, Kevin Sanderson, respectfully requests that this Court grant this Assented to Motion to Seal Sentencing Memorandum.

Respectfully submitted,
Kevin Sanderson
By his attorney,

DATE:        January 13, 2016

/s/ Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 13th day of January, 2016, a copy of the within Assented to Motion to Seal Sentencing Memorandum has been e-filed to all parties of record.

/s/ Paul J. Garrity