UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10168-FDS |
| | ) | |
| (1)   FERNANDO LNU A/K/A CESAR GONSALEZ, ET AL., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 13, 2015 and ending on November 11, 2015. *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed on March 28, 2016 at Boston, Massachusetts.

 /s/ *Eve A. Piemonte*
EVE A. PIEMONTE, BBO No. 628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
epiemonte@usa.doj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

 /s/ *Eve A. Piemonte*
EVE A. PIEMONTE
Dated: March 28, 2016                              Assistant United States Attorney

# **ATTACHMENT 1**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# COURT CASE NUMBER: CR 14-10168-FDS; NOTICE OF FORFEITURE

Notice is hereby given that on September 24, 2015, in the case of <u>U.S. v. Fernando LNU a/k/a Cesar Gonsalez, et al.</u>, Court Case Number CR 14-10168-FDS, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

$5,501.00 US Currency (14-FBI-007938), including the following items: 1 $1,500.00 US Currency Located on Floor 2, Room B (Living Room) on Coffee Table; 1 $3,651.00 US Currency Located on Floor 2, Room D (Right Bedroom) in Closet; 1 $350.00 US Currency Located on Floor 2, Room E (Left Bedroom) on Desktop which was seized from Cesar Gonzalez on June 10, 2014 at 57 Standish Avenue, located in Providence, RI

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 13, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Christopher Donato, 1 Courthouse Way, Suite 9200, Boston, MA  02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 13, 2015 and November 11, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Fernando LNU a/k/a Cesar Gonsalez, et al.

**Court Case No:**      CR 14-10168-FDS
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/13/2015 | 24.0 | Verified |
| 2 | 10/14/2015 | 24.0 | Verified |
| 3 | 10/15/2015 | 24.0 | Verified |
| 4 | 10/16/2015 | 24.0 | Verified |
| 5 | 10/17/2015 | 24.0 | Verified |
| 6 | 10/18/2015 | 24.0 | Verified |
| 7 | 10/19/2015 | 24.0 | Verified |
| 8 | 10/20/2015 | 24.0 | Verified |
| 9 | 10/21/2015 | 24.0 | Verified |
| 10 | 10/22/2015 | 24.0 | Verified |
| 11 | 10/23/2015 | 24.0 | Verified |
| 12 | 10/24/2015 | 24.0 | Verified |
| 13 | 10/25/2015 | 24.0 | Verified |
| 14 | 10/26/2015 | 24.0 | Verified |
| 15 | 10/27/2015 | 24.0 | Verified |
| 16 | 10/28/2015 | 24.0 | Verified |
| 17 | 10/29/2015 | 24.0 | Verified |
| 18 | 10/30/2015 | 24.0 | Verified |
| 19 | 10/31/2015 | 24.0 | Verified |
| 20 | 11/01/2015 | 24.0 | Verified |
| 21 | 11/02/2015 | 24.0 | Verified |
| 22 | 11/03/2015 | 24.0 | Verified |
| 23 | 11/04/2015 | 24.0 | Verified |
| 24 | 11/05/2015 | 24.0 | Verified |
| 25 | 11/06/2015 | 24.0 | Verified |
| 26 | 11/07/2015 | 24.0 | Verified |
| 27 | 11/08/2015 | 24.0 | Verified |
| 28 | 11/09/2015 | 23.4 | Verified |
| 29 | 11/10/2015 | 24.0 | Verified |
| 30 | 11/11/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.