AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| KEVIN SANDERSON | ) | Case No.  14-CR-10168-FDS-4 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information   ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition   ☐ Violation Notice    ☐ Order of Court

| | |
|---|---|
| Place: U.S. DISTRICT COURT<br>One Courthouse Way, Boston, MA 02210 | Courtroom No.:  2, 3rd floor |
| | Date and Time:   05/25/2016 3:00 pm |

This offense is briefly described as follows:

I. Violation of Standard Condition #7: Refrain from use of alcohol and shall not purchase, possess, use, distribute any controlled substance.

II. Violation of Standard Condition #3: Defendant shall answer truthfully all inquiries by the Probation Officer and following instructions of the Probation Officer.

Date:   05/04/2016

_____
*Issuing officer's signature*

Lisa Pezzarossi, Deputy Clerk
_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   _____          _____
*Server's signature*

_____
*Printed name and title*

