UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                    DOCKET NO. 14-CR-10168-FDS

KEVIN SANDERSON

## MOTION TO CONTINUE

NOW COMES the defendant, Kevin Sanderson, by and through counsel, and hereby moves this Court to continue his May 25, 2016 Supervise Release Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Supervise Release Hearing on May 25, 2016, at 3:00 p.m.;

2. However the undersigned counsel is scheduled for a Juvenile Delinquent Trial, In the interest of J.G., on May 25, 2016 at 1:30 p.m. at the Goffstown District Court in Goffstown, NH;

3. This makes it difficult for the undersigned counsel to appear at the Supervise Release Hearing due to time and distance;

4. That the Probation Office has been contacted in regards to this motion and that they object.

5. Assistant United States Attorney Leah Foley has been contacted and assents to this Motion to Continue. AUSA Leah Foley is also unavailable on May 25, 2016.

WHEREFORE, the defendant, Kevin Sanderson, respectfully requests that this Court continue the May 25, 2016 Supervise Release Hearing to a later date.

        Respectfully submitted
        Kevin Sanderson,
        By his Attorney,


Date:   May 13, 2016   /s/Paul J. Garrity_____
        Paul J. Garrity
        Bar No. 555976
        14 Londonderry Road
        Londonderry, NH 03053
        603-434-4106


## **CERTIFICATE OF SERVICE**

 I, Paul J. Garrity, herein certify that on this 13th day of May, 2016, a copy of the within Motion to Continue was e-filed to all parties on record and was mailed, postage prepaid, to Kevin Sanderson.


        /s/Paul J. Garrity_____
        Paul J. Garrity