UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 14-CR-10168-FDS-4 |
| | ) |
| KEVIN SANDERSON | ) |

**ORDER OF THE COURT TO REDUCE THE DEFENDANT'S TERM OF SUPERVISED RELEASE BY ONE YEAR.**

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of **January 3, 2018, Kevin Sanderson's** term of supervised release is reduced by one year following his successful completion of the Court Assisted Recovery Effort.

_____
HON. F. Dennis Saylor, IV
U. S. DISTRICT JUDGE

DATE: 1-3-2018