# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

V.   CRIMINAL NO. 2014-10168-FDS

KEVIN SANDERSON,
    Defendant.

## *ORDER PURSUANT TO RULE 32.1(a)(1), FED. R. CRIM. P.*

COLLINGS, U.S.M.J.

The defendant appeared before me with counsel on April 13, 2018. He waived his right to a preliminary hearing pursuant to Rule 32.1(a)(1), Fed.R.Crim.P.

Accordingly, pursuant to Rule 32.1(a)(1), Fed.R.Crim.P., it is ORDERED that the defendant be, and he hereby is, held for a final revocation hearing

before Judge F. Dennis Saylor *when scheduled.*[1]

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: April 13, 2018.

---

[1] The Court released the defendant to the Gosnold House in Falmouth, Massachusetts for inpatient substance abuse treatment. When he is discharged from the program, he will be returned to Court. Counsel wish to defer the scheduling of the Final Revocation Hearing until after the discharge,